UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SEELIG,<br><br>                            Plaintiff,<br><br>                   -against-<br><br>THE STATE OF NEW YORK; AND THE CITY OF NEW YORK HOUSING COURT ADMINISTRATION,<br><br>                           Defendants. | 20-CV-11046 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 1, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as barred by the doctrines of Eleventh Amendment immunity, *Younger* abstention, and *Rooker-Feldman*.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 1, 2021
           New York, New York

                                                       COLLEEN McMAHON
                                                     Chief United States District Judge